UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-36854 |
|---|---|
| Rodney G Dennin | (Chapter 13) |
| Peggy S Dennin | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083684**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 12 | MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 | 54.09 |

/s/ Jeffrey M. Kellner

Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/28/2011

Certificate of Service　　　　09-36854

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| | | |
|---|---|---|
| Rodney G Dennin<br>Peggy S Dennin<br>1143 Ashwood Drive<br>South Charleston, OH  45368 | JOHN C A JUERGENS<br>1504 N LIMESTONE ST<br>SPRINGFIELD, OH  45503 | (22.1n)<br>DAVID J DEMERS<br>THREE NORTH HIGH STREET<br>BOX 714<br>NEW ALBANY, OH  43054 |
| (21.1n)<br>GE MONEY BANK<br>% RECOVERY MANAGEMENT SYSTEMS<br>25 SE 2ND AVE   SUITE 1120<br>MIAMI, FL  33131 | (12.4)<br>Miami Valley Hospital<br>P.O. Box 713072<br>Columbus, OH  43271-3072 | (12.1)<br>MIAMI VALLEY HOSPITAL<br>% CITY CREDITS COMPANY AGENT<br>3077 KETTERING BLVD SUITE 109<br>MORAINE, OH  45439 |

　　　　Jeffrey M. Kellner BY　　　___/s/ Jeffrey M. Kellner_____　　sv